Donald M. **PETRIE**

v.

Forrest C. **JOHNSON.**

Supreme Judicial Court of Maine.

Feb. 21, 1967.

Charles T. Small, Bath, for plaintiff.

Alan C. Pease, Wiscasset, for defendant.

Before WILLIAMSON, C. J., and WEBBER, TAPLEY, MARDEN, RUDMAN and DUFRESNE, JJ.

PER CURIAM.

This is an appeal by the defendant upon the refusal of the trial court to enter a judgment n. o. v. In issue is the application of 32 M.R.S.A. § 4004 to an oral contract between the parties for the sale of defendant's real estate.

After consideration and an equal division of the court upon the merits of the appeal, the verdict for plaintiff must stand.

Appeal dismissed.